In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-095 CR


____________________



JESSIE JAMES PALMER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 99593






 
 MEMORANDUM OPINION



 Jessie James Palmer was convicted and sentenced on an indictment for felony theft. 
Palmer filed a notice of appeal on February 14, 2007. The trial court entered a certification
of the defendant's right to appeal in which the court certified that this is a plea-bargain case
and the defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). The trial court's
certification has been provided to the Court of Appeals by the district clerk.


 On February 15, 2007, we notified the parties that the appeal would be dismissed
unless an amended certification was filed within thirty days of the date of the notice and
made a part of the appellate record. See Tex. R. App. P. 37.1. The record has not been
supplemented with an amended certification.

 Because a certification that shows the defendant has the right of appeal has not been
made part of the record, the appeal must be dismissed. See Tex. R. App. P. 25.2(d). 
Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 

 

 HOLLIS HORTON

 Justice

 


Opinion Delivered March 28, 2007 

Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.